AO 442 (Rev. 11/11) Arrest Warrant

11234150

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

United States of America
v.

JASON DANIEL RIDDLE
AKA: JASON RIDDLE

*Defendant*

)
)
)
)
)
)

Case: 1:21-mj-00204
Assigned to: Judge Harvey, G. Michael
Assign Date: 2/5/2021
Description: COMPLAINT W/ARREST WARRANT

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   JASON DANIEL RIDDLE,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1752(a) (1) and (2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority
18 U.S.C. § 641 - Theft of Government Property
40 U.S.C. §§ 5104(e)(2)(D) and (G) - Violent Entry and Disorderly Conduct on Capitol Grounds

Date:   02/05/2021

Digitally signed by
G. Michael Harvey
Date: 2021.02.05
14:44:13 -05'00'

*Issuing officer's signature*

City and state:   Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 2/8/2021, and the person was arrested on *(date)* 2/8/2021
at *(city and state)* Bedford, NH.

Date: 2-8-2021

TFO [signature]
*Arresting officer's signature*

K. LeBlanc   TFO Boston/Bedford RA
*Printed name and title*