# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | **MAGISTRATE NO. 21-MJ-204** |
| | : | |
| **JASON DANIEL RIDDLE,** | : | **VIOLATIONS:** |
| also known as Jason Riddle, | : | 18 U.S.C. § 1752(a)(1) |
| | : | (Entering and Remaining in a Restricted |
| Defendant. | : | Building) |
| | : | 18 U.S.C. § 1752(a)(2) |
| | : | (Disorderly and Disruptive Conduct in a |
| | : | Restricted Building) |
| | : | 18 U.S.C. § 641 |
| | : | (Theft of Government Property) |
| | : | 40 U.S.C. § 5104(e)(2)(D) |
| | : | (Violent Entry and Disorderly Conduct in |
| | : | a Capitol Building) |
| | : | 40 U.S.C. § 5104(e)(2)(G) |
| | : | (Parading, Demonstrating, or Picketing in |
| | : | a Capitol Building) |

# I N F O R M A T I O N

The United States Attorney charges that:

## COUNT ONE

On or about January 6, 2021, in the District of Columbia, **JASON DANIEL RIDDLE, also known as Jason Riddle,** did knowingly enter and remain in the United States Capitol, a restricted building, without lawful authority to do so.

(**Entering and Remaining in a Restricted Building**, in violation of Title 18, United States Code, Section 1752(a)(1))

## COUNT TWO

On or about January 6, 2021, in the District of Columbia, **JASON DANIEL RIDDLE, also known as Jason Riddle**, knowingly, and with intent to impede and disrupt the orderly conduct of Government business and official functions, engaged in disorderly and disruptive

conduct in and within such proximity to, the United States Capitol, a restricted building, when and so that such conduct did in fact impede and disrupt the orderly conduct of Government business and official functions.

> (**Disorderly and Disruptive Conduct in a Restricted Building**, in violation of Title 18, United States Code, Section 1752(a)(2))

### COUNT THREE

On or about January 6, 2021, within the District of Columbia, **JASON DANIEL RIDDLE, also known as Jason Riddle**, did embezzle, steal, purloin, knowingly convert to his use and the use of another, and without authority, sold, conveyed and disposed of any record, voucher, money and thing of value of the United States and any department and agency thereof, that is, a United States Senate Parliamentarian book bearing the title "Senate Procedure," which has a value of less than $1000.

> (**Theft of Government Property**, in violation of Title 18, United States Code, Section 641)

### COUNT FOUR

On or about January 6, 2021, in the District of Columbia, **JASON DANIEL RIDDLE, also known as Jason Riddle**, willfully and knowingly engaged in disorderly and disruptive conduct in any of the Capitol Buildings with the intent to impede, disrupt, and disturb the orderly conduct of a session of Congress or either House of Congress.

> (**Violent Entry and Disorderly Conduct in a Capitol Building**, in violation of Title 40, United States Code, Section 5104(e)(2)(D))

## COUNT FIVE

On or about January 6, 2021, in the District of Columbia, **JASON DANIEL RIDDLE, also known as Jason Riddle**, willfully and knowingly paraded, demonstrated, and picketed in a Capitol Building.

(**Parading, Demonstrating, or Picketing in a Capitol Building**, in violation of Title 40, United States Code, Section 5104(e)(2)(G))

                                          Respectfully submitted,

                                          CHANNING D. PHILLIPS
                                          ACTING UNITED STATES ATTORNEY
                                          D.C. Bar No. 415-793

By:        /s/
                                          GEORGE P. ELIOPOULOS
                                          D.C. Bar No. 390601
                                          Assistant United States Attorney
                                          Violent Crime and Narcotics Trafficking Section
                                          555 4th Street, N.W., Room 4205
                                          Washington, D.C. 20530
                                          Telephone No. (202) 252-6957
                                          George.Eliopoulos@usdoj.gov