NOTICE OF APPEARANCE IN A CRIMINAL CASE

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

vs.                                                                 Criminal Number   21-cr-00304-DLF-1

JASON DANIEL RIDDLE
(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA          ☐ RETAINED          ☒ FEDERAL PUBLIC DEFENDER

/s/ *Eric Wolpin*
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Eric Wolpin, AFPD; N.H. Bar #18372
(Attorney & Bar ID Number)

Federal Public Defender Office
(Firm Name)

22 Bridge Street, Third Floor
(Street Address)

Concord          NH          03301
(City)          (State)          (Zip)

(603)226-7360
(Telephone Number)