# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** :  :    Case No. 21-CR-304 (DLF) | |
| v. : | |
| **JASON DANIEL RIDDLE,** : | |
| **Defendant.** : | |

## UNOPPOSED MOTION FOR PROTECTIVE ORDER

The United States of America hereby respectfully moves the Court for the entry of a protective order governing the production of discovery by the parties in the above-captioned case. The United States and counsel for Defendant have reached an agreement as to the proposed protective order. Therefore, the United States is authorized to represent to the Court that Defendant does not oppose this motion or the entry of the attached protective order.

Respectfully submitted,

CHANNING PHILLIPS
ACTING UNITED STATES ATTORNEY
D.C. Bar Number 415793

By:  /s/ *George Eliopoulos*
GEORGE ELIOPOULOS
Assistant United States Attorney
D.C. Bar No.  390601
555 4th Street, N.W., Room 4205
Washington, D.C. 20530
Telephone:  202-252-6957
george.p.eliopoulos@usdoj.gov

2