IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No: 21-CR-304 (DLF) |
| | : | |
| **v.** | : | 18 U.S.C. § 641 |
| | : | 40 U.S.C. § 5104(e)(2)(G) |
| **JASON DANIEL RIDDLE,** | : | |
| | : | |
| **Defendant.** | : | |

**STATEMENT OF OFFENSE**

Pursuant to Federal Rule of Criminal Procedure 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Jason Daniel Riddle, with the concurrence of his attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

*The Attack at the U.S. Capitol on January 6, 2021*

1. The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification are allowed access inside the U.S. Capitol.

2. On January 6, 2021, the exterior plaza of the U.S. Capitol was closed to members of the public.

3. On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States

Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m.  Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection.  Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4. As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

5. At approximately 2:00 p.m., certain individuals in the crowd forced their way through, up, and over the barricades, and officers of the U.S. Capitol Police, and the crowd advanced to the exterior façade of the building.  The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks by U.S. Capitol Police Officers or other authorized security officials.

6. At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the

crowd encouraged and assisted those acts.  The riot resulted in substantial damage to the U.S. Capitol, requiring the expenditure of more than $1.4 million dollars for repairs.

7.      Shortly thereafter, at approximately 2:20 p.m., members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 p.m. the same day. In light of the dangerous circumstances caused by the unlawful entry to the U.S. Capitol, including the danger posed by individuals who had entered the U.S. Capitol without any security screening or weapons check, Congressional proceedings could not resume until after every unauthorized occupant had left the U.S. Capitol, and the building had been confirmed secured.  The proceedings resumed at approximately 8:00 p.m. after the building had been secured.  Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### *Jason Daniel Riddle's Participation in the January 6, 2021, Capitol Riot*

8.      On January 5, 2021, the defendant traveled from New Hampshire to Washington, D.C., to attend a rally for then President Trump.  Following the rally, the defendant marched toward the U.S. Capitol with other rioters.  Once at the U.S. Capitol, he climbed the outside steps on the West side of the U.S. Capitol towards the entrance to the Capitol and crossed the police barricades with other rioters.  He also took photographs with his cellular phone of rioters breaking through doors of the U.S. Capitol.

9.      At approximately 2:30 p.m., the defendant entered the U.S. Capitol building.  The defendant observed other rioters smashing computers and printers and throwing papers and

lamps.  At approximately 2:47 p.m., the defendant made his way to the Office of the U.S. Senate Parliamentarian and took photographs inside that office.

10. While in that office, the defendant knowingly stole a bound reddish-brown leather book bearing the title, "Senate Procedure."  The book was property of the U.S. Government belonging to the United States Senate Office of the Parliamentarian.  The defendant also found a bottle of wine in that office and proceeded to pour and drink a glass of that wine.  Riddle photographed himself inside the Parliamentarian's Office holding the bottle of wine.  Additionally, the defendant stole a toy football that he found in that office.

11. Once the defendant exited the U.S. Capitol at approximately 3:00 p.m., he took the following photograph of the book he stole entitled "Senate Procedure."



12. After exiting the U.S. Capitol, the defendant proceeded to sell the Senate Procedure book to an unknown individual for $40.

13. On January 22, 2021, FBI Special Agents conducted a consensual interview of Riddle. Riddle admitted to traveling to Washington, D.C., on January 5, 2021, to attend President Trump's rally. He admitted that on January 6, 2021, at approximately 12:05 p.m., he took an Uber with two friends to the area near the Washington Monument in Washington, D.C. Sometime thereafter, Riddle marched towards the U.S. Capitol with others. His two friends did not want to proceed past the barriers and departed. As Riddle got closer to the Capitol, he saw police standing in a line while people continued to move and push forward towards the Capitol building. One individual continued yelling instructions from on top of scaffolding, such as "move forward" and "keep moving." Riddle stated that he saw many rioters dressed in military gear such as helmets and body armor, some of whom also had radios. At one point, he saw a man carrying a pitchfork. Another man carried a fire extinguisher filled with mace, which was orange when sprayed and was used against police near the scaffolding. Riddle stated that the police responded by lobbing flashbangs into the crowd, but that simply "fired people up." He saw a man brake through a barricade and people began climbing up the scaffolding. Soon afterwards, Riddle stopped on a small grassy patch, just to the left side of the front of the Capitol. He recalled spending approximately a half hour or so there, taking pictures and making phone calls. He then began to see Trump flags being waved inside the Capitol.

14. During his interview, Riddle described when he and others entered the U.S. Capitol, what he called the "break in." He stated that a group accompanying a "big dude with a cane" made its way to the front. The "big dude," who he described as being in his fifties, with glasses and a beard, broke a window with the cane and reached in and opened a door. Then

people began to rush in.   Riddle stated that he waited for the initial rush to get by, and then followed and walked into the Capitol.  He saw papers everywhere, people breaking things, and he saw a man smashing printers and computers with what appeared to be a fence pole from the barriers outside.

15. Riddle also admitted that he walked into an office and found an open bottle of wine on or in a refrigerator and poured himself a glass. He admitted to drinking the wine and then leaving the office after being told to do so by a police officer.

16. Riddle admitted that he also took a book from the office where he drank the wine. He explained that he took the book from a desk, believed it was titled something to the effect of "Senate Chambers" and described it as old looking, bound in reddish-brown leather, and it was "like a dictionary."

17. Riddle also stated that instead of leaving the U.S. Capitol, he continued to proceed into the building and described seeing individuals in body armor moving through the building "with a sense of urgency."  He noted that these individuals communicated via radios and relayed directions to head right or left. Riddle explained that after about a half hour, he decided to exit the Capitol.

18. Riddle admitted that shortly after he exited the Capitol, he sold the Senate book to an unknown male individual for $40.  He also admitted that he stole a small Fox News football from the same office but tossed it aside as he exited the Capitol building.

19.  Riddle also admitted that at some point after the Capitol incident, he had deleted some messages, photos, and videos of his D.C. trip from his phone, during what he termed a "delete frenzy."

20. At the time the defendant knowingly stole the Senate Procedure book, he intended to deprive the owner of its use and benefit.

21. The Senate Procedure book that the defendant knowingly stole from, and which belonged to, the Office of the Senate Parliamentarian is estimated to cost $254.

22. The defendant knew at the time he entered the U.S. Capitol Building that he did not have permission to enter the building and the defendant paraded, demonstrated, or picketed inside the building.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

By: /s/ George Eliopoulos
George Eliopoulos
Assistant United States Attorney
DC Bar No. 390601
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-6957
george.p.eliopoulos@usdoj.gov

DEFENDANT'S ACKNOWLEDGMENT

  I, Jason Daniel Riddle, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 11.10.21

Jason Daniel Riddle
Defendant

ATTORNEY'S ACKNOWLEDGMENT

  I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 11.16.21

Eric Wolpin, Esq.
Attorney for Defendant