# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | Case No. 21-cr-304 (DLF) |
| v. : | |
| : | |
| **JASON RIDDLE,** : | |
| : | |
| **Defendant.** : | |

## CONSENT MOTION TO CONTINUE SENTENCING HEARING

    The United States of America, by and through the United States Attorney for the District of Columbia, respectfully moves the Court to continue the sentencing hearing presently scheduled for February 17, 2022, for approximately 45 days. The defense consents to this motion. As grounds for this motion, the government provides the following:

    The undersigned AUSA has been compiling information in preparation for the sentencing in this case, including with respect to the government's sentencing memorandum and other submissions. This information and the sentencing memorandum will have several levels of review, both within the United States Attorney's Office and Main Justice. This process has also been complicated because the undersigned has battled with Covid-19 within his immediate family during the latest Covid surge, is preparing for a trial scheduled to begin on February 28, 2022, and will need additional time to prepare the government's sentencing memorandum for the Court and submit it for the requisite review.

1

WHEREFORE, the United States requests that the sentencing hearing be continued for approximately 45 days depending on the availability of the Court and parties.

         Respectfully submitted,

         MATTHEW GRAVES
         UNITED STATES ATTORNEY

By:    /s/ *George Eliopoulos*
         GEORGE ELIOPOULOS
         Assistant United States Attorney
         D.C. Bar No.   390601
         555 4th Street, N.W., Room 4205
         Washington, D.C. 20530
         Telephone:   202-252-6957
         george.p.eliopoulos@usdoj.gov