UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Criminal No. 21-cr-304 (DLF) |
| JASON DANIEL RIDDLE, : | |
| : | |
| Defendant. : | |

## NOTICE OF FILING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby gives notice that the government is providing to the Court on March 28, 2022, the following exhibits to the Government's Sentencing Memorandum:

Exhibit 1A:   Two minute and forty-two seconds video interview of defendant Jason Riddle by NBC10 Boston on January 9, 2021.   The interview can also be found here: https://www.nbcboston.com/news/local/nh-man-who-chugged-glass-of-wine-amid-capitol-riot-says-he-has-no-regrets/2276413/ .

Exhibit 1B:   One minute and fifty seconds video interview of defendant Jason Riddle by NBC10 Boston on June 13, 2021.   The interview can also be found here: https://www.nbcboston.com/news/politics/nh-man-arrested-after-he-chugged-wine-at-capitol-riot-says-hes-running-for-congress/2404498/.

        Respectfully submitted,

        Matthew Graves
        United States Attorney
        D.C. Bar Number 481052

By: /s/ *George P. Eliopoulos*
        George P. Eliopoulos
        Assistant United States Attorney
        D.C. Bar Number 390601
        555 Fourth St., N.W.
        Washington, D.C. 20530
        202-252-7272
        george.p.eliopoulos@usdoj.gov