Your Honor,

My name is Anthony Ruggiero. I'm a class A lineman working for a contractor, for the power company Florida Power and Light. I am the father to a beautiful 6 year old girl named ▮▮▮. I have graduated from Lynn University with my bachelor's in Hospitality and Master's in business and I am writing this letter on behalf of my best friend Jason Riddle.

Jason has been my best friend for over 25 years now. My family moved from Long Island, New York to Shelton, Connecticut and we met at the daycare we went to when we were in kindergarten. Even in High school our lockers were randomly assigned next to each other. The main memories I have from my childhood involve him. As an only child it was awesome to have someone I considered a brother.

After high school our lives took us in different directions. When I told him I was going to college in Florida, it was probably one of the toughest conversations I had with him. He was going to college in Connecticut.  That was the longest and furthest apart we had ever been, but we constantly stayed in touch. About a month into my freshman year at college we were talking and I told him how I was feeling homesick. Unfortunately I couldn't afford the flight home at the time. Jason (who couldn't afford a flight either) bought a greyhound bus ticket and took a 26 hour hour bus trip just to come down and see me. That's something I will always be grateful for.

I remember when he called me while he was in the recruiter's office when he join the Navy. He was excited to serve his country. When he was in boot camp it was the longest we ever went without talking besides the occasional letter. Once he was  finished with the navy, I thought I was hearing things when he told me he joined the Army reserves. Especially it meant him having to go through boot camp for a second time. He is one of the most dedicated people I know when it comes to something he believes in. I am proud to call him my friend for serving his country.

I remember when Jason came out to me when we were in our 20s. I was the first one he was telling because he wasn't sure how everyone was going to react.  I told him that they weren't his real friends if they treated him any different. You see, Jason has battled depression his entire life due to childhood trauma. So holding that in was extremely tough on him. When he finally came out you could see pressure taken off him, and a couple years later I was standing next to him at his wedding when he married Bobby.

When I told him I was having a kid he was extremely excited, and was there when I came back with ▮▮▮ to celebrate ▮▮▮'s first birthday. We even had a good laugh when she spit up on our other friend. He is Uncle Jason to her and when I told him

when she was diagnosed with epilepsy, the first thing he asked "Is there anything I can do to help?" Even though I said "no" he ended up buying her a stuffed animal from her favorite show just to cheer her up.

Jason is one of the hardest working people I know. Ever since high school he has always had 2 jobs. While he always seems to change what industry he is in, he has never gone a day without working. He has mainly worked in the restaurant industry and even when all the restaurants were shut down due to Covid, instead of applying for assistance he got a job delivering for dominos just to put food on the table for him and his husband.

I know you read these letters all the time, and I just want to say I appreciate the time you took to sit down and read this letter to have some insight into the person Jason actually is. Jason is one of the most loyal, dedicated, and hard working people that I know. I'm extremely proud to call him my best friend and brother. Thank you for your time.

Anthony Ruggiero

