Dear Judge,

     My name is Robert Schoen though I go by Bobby. I am an optometric technician at a local optometrist's office and I am Jason Riddle's husband. Jason and I first met in November 2009 when Jason first started at Chili's Grill & Bar in Milford where I was already working. At first, I found him loud, obnoxious, and generally irritating. After several annoying months, Jason finally worked his way into my good graces after opening up and telling me how he felt about not being a part of plans I would make with almost every other coworker of ours. He showed me there was more to him than the boisterous, playful man I assumed him to be.

     Very quickly Jason became my best friend and my life hasn't been the same since. Jason has helped me to find humor in dark times, taught me how to relax (something I still can't figure out), and most importantly, he taught me patience. Jason has gotten me out of my shell and I like to think that some of his natural charm and charisma has rubbed off on me. Jason is the kind of person that can make a friend anywhere and he isn't afraid of what people think of him, two things I've always admired. Even against public scrutiny, Jason will face anything and everything head on while also dealing with the strains of going back to college, taking the LSAT, working multiple jobs, dreaming up different futures for us, and dealing with me.

     Beneath the bravado, charisma, and loudmouth is a man with a good heart. Jason loves history (he's the only person to ever get me excited about the past) and he was excited to be a witness to history as it was happening. Unfortunately, he let his excited take over and he now finds himself in this legal predicament. While this has been hard on him and us (hate mail, being accused of being a terrorist, and being given up on by friends and family alike) Jason has stayed strong and has grown to be a better person. Something good to come of all this is something I never thought I would see. Jason is officially done with drinking alcohol. Jason has struggled with alcohol for longer than I've known him (it was a coping mechanism for childhood trauma and a way to deal with emotions and situations he wasn't yet ready to handle) but he has given it up freely. I am beyond proud of this for this achievement.

     While I could go on with more stories and anecdotes about Jason and how he spoils his friend's kids, goes out of his way to entertain people, and what-have-you, I know this will not be the only letter you'll receive, and I don't want to waste your precious time. My husband is a handful but he's a genuinely kindhearted person and I am a better person for having him in my life.

     Kind regards,

     Bobby Schoen

Robert Schoen                 ▬▬▬▬▬▬▬▬▬    Keene, NH 03431          ▬▬▬

▬▬▬▬▬▬@▬▬▬.com